**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2316**

In re: RANDY E. SELF,

Petitioner.

On Petition for Writ of Mandamus.  (3:95-cr-00315-JFA-1; 3:16-cv-01907-JFA)

Submitted:  March 22, 2018                                    Decided:  April 6, 2018

Before AGEE, DIAZ, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Randy E. Self, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy E. Self petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued an order granting § 2255 relief on December 15, 2017. Accordingly, because the district court has recently decided Self's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*